CITY OF LEESBURG, Appellant, v. A. S. HERLONG, JR., et al., Appellees.

27 So. (2nd) 423                                    June Term, 1946
September 20, 1946                                    Division B

Affirmed.